# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**THOMAS EARL ARMSTRONG**                                        **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 1:08CV225HSO-JMR**

**KEN BROADUS**                                                   **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendations [28] of Chief United States Magistrate Judge John M. Roper. The Court, having adopted said Report and Recommendations as the findings of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, this matter be, and hereby is, dismissed with prejudice pursuant to FED. R. CIV. P. 56.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of Court mail, via certified mail, a copy of the Order Adopting Report and Recommendations and this Final Judgment to Plaintiff at his last known address.

**SO ORDERED AND ADJUDGED**, this the 6th day of November, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE